UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10076-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXIS VISCAINO CERVANTES, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on the Government's *ore tenus* Motion to Modify Bond as to defendant **Elieten Mendoza Zaldivar**. On October 10, 2008, at the Arraignment of the defendant, the Government made an *ore tenus* motion to add the following conditions of bond: Electronic monitoring to be paid by the defendant if he is employed. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant Elieten Mendoza Zaldivar's bond is modified to include electronic monitoring which is to be paid by the defendant if he is employed. All other conditions of bond remain in full force and effect.

DONE AND ORDERED in the Southern District of Florida, this 21st day of October, 2008, *nunc pro tunc* to October 10, 2008.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
SUASA Russ Brown (MIA)
Frank Rubio, Jr., Esq. (MIA)
U.S. Probation